IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA      v.      DAVIDE W. JAMES, et al.

JUDGE H. RUSSEL HOLLAND           CASE NO.   3:24-cv-0157-HRH


PROCEEDINGS:   ORDER FROM CHAMBERS


NOTICE TO COUNSEL

This case was opened by the filing of a complaint on July 19, 2024,[1] and sum-monses were issued.  A review of the docket indicates that proofs of service concerning the defendants are lacking.  Plaintiff shall either file proofs of service by **August 21, 2024**, or file a status report concerning service of the complaint on defendants.

---

[1]Docket No. 1.

Order from Chambers – Notice to Counsel                                              - 1 -