PARID 02020151000
NBHD
JAMES DAVID &

JUR 002
ROLL RP
18520 KITTIWAKE CIR

## Profile

Status                          ACTIVE
Tax District/Description        03-Spenard

## Parcel Information

Property Class        R - Residential
LUC                   101
Plat                  84-512
Grid                  SW3537
Zoning                R3SL
Mortgage Company

## January 1 Ownership

| Owner | Co-Owner | Address 1 | Address 2 | City | Zip |
|---|---|---|---|---|---|
| JAMES DAVID & | RONCO THERESA | 3751 EASTWIND DR | | ANCHORAGE | 99516 |

## Current Ownership

| Owner | Co-Owner | Address 1 | Address 2 | City | Zip |
|---|---|---|---|---|---|
| JAMES DAVID & | RONCO THERESA | 3751 EASTWIND DR | | ANCHORAGE | 99516 |

## Tax Detail (Penalties and Interest Included through Current Date)

| Tax Year | Cycle | DID | Gross Tax Amount | Res Exemption | Sr/Vet Exemption | IPC Billed | Paid Amount | Net Due | Interest Due | Penalty Due | Costs Due | Total Due | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 1 | | 6,317.55 | .00 | .00 | .00 | .00 | 6,317.55 | 55.28 | 631.76 | .00 | 7,004.59 | 06/30/2024 |
| 2024 | 2 | | 6,317.54 | .00 | .00 | .00 | .00 | 6,317.54 | 0 | .00 | .00 | 6,317.54 | 08/31/2024 |
| 2023 | 1 | | 5,990.31 | .00 | .00 | 1,150.62 | -7,140.93 | .00 | 0 | .00 | 45.00 | 45.00 | 06/30/2023 |
| 2023 | 2 | | 5,990.31 | .00 | .00 | 1,050.78 | -3,390.50 | 3,650.59 | 63.89 | .00 | .00 | 3,714.48 | 08/31/2023 |
| 2022 | 1 | | 5,752.55 | .00 | .00 | 1,578.10 | -7,330.65 | .00 | 0 | .00 | .00 | .00 | 07/31/2022 |
| 2022 | 2 | | 5,752.55 | .00 | .00 | 1,385.37 | -7,137.92 | .00 | 0 | .00 | .00 | .00 | 09/30/2022 |
| 2021 | 1 | | 11,624.70 | -901.00 | .00 | .00 | -10,723.70 | .00 | 0 | .00 | .00 | .00 | 06/15/2021 |
| 2020 | 1 | | 10,879.02 | -855.00 | .00 | .00 | -10,024.02 | .00 | 0 | .00 | .00 | .00 | 07/15/2020 |
| 2019 | 1 | | 10,153.01 | -818.00 | .00 | .00 | -9,335.01 | .00 | 0 | .00 | .00 | .00 | 06/15/2019 |
| 2018 | 1 | | 10,041.72 | -820.00 | .00 | .00 | -9,221.72 | .00 | 0 | .00 | .00 | .00 | 06/15/2018 |
| 2017 | 1 | | 9,646.56 | -313.20 | .00 | .00 | -9,333.36 | .00 | 0 | .00 | .00 | .00 | 06/15/2017 |
| 2016 | 1 | | 9,605.53 | -297.80 | .00 | .00 | -9,307.73 | .00 | 0 | .00 | .00 | .00 | 06/15/2016 |
| Total: | | | | | | | 16,285.68 | | 119.17 | 631.76 | 45.00 | 17,081.61 | |

PARID 02020151000  
NBHD  
JAMES DAVID &

JUR 002  
ROLL RP  
18520 KITTIWAKE CIR

## Appraised Values

| Tax Year | Class | Land | Building | Total | Reason |
|---|---|---|---|---|---|
| 2025 | R | 172,100 | 610,500 | 782,600 | UP - Mass Update - Data Field |
| 2024 | R | 172,100 | 610,500 | 782,600 | UP - Mass Update - Data Field |
| 2023 | R | 172,100 | 531,400 | 703,500 | EY - EOY ROLLUP |
| 2022 | R | 172,100 | 511,100 | 683,200 | - |
| 2021 | R | 172,100 | 473,000 | 645,100 | - |
| 2020 | R | 172,100 | 464,100 | 636,200 | - |
| 2019 | R | 172,100 | 448,500 | 620,600 | - |
| 2018 | R | 172,100 | 440,200 | 612,300 | - |
| 2017 | R | 172,100 | 443,900 | 616,000 | - |