IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
                 Plaintiff, )
)
vs. )
)
DAVIDE W. JAMES, THERESA M. RONCO )
JAMES, COASTAL COMMUNITY BANK, )
and MUNICIPALITY OF ANCHORAGE, )    No. 3:23-cv-0157-HRH
)
                 Defendants. )
_____)

O R D E R

Chambers Copies

The parties shall provide a chambers copy for the use of the undersigned judge of every filing that exceeds **50 pages**, including attachments.[1] Chambers copies are not part of the official file in the case and are not open to public inspection. Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.

- Exhibits must be separately identified with readily visible tabs. (See Local Civil Rule 7.3(c)(3) as to conventionally filed exhibits.)

---

[1] See, e.g., Defendant Municipality of Anchorage's Claim, Docket No. 5.

ORDER – Chambers Copies                                                       - 1 -

- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

DATED at Anchorage, Alaska, this  15th  day of August, 2024.

                                                         /s/ H. Russel Holland
                                                       United States District Judge