IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DAVIDE W. JAMES, THERESA M. RONCO JAMES, COASTAL COMMUNITY BANK, and MUNICIPALITY OF ANCHORAGE<br>        Defendants. | Case No. 3:24-cv-00157-HRH<br><br>**Notice of Entry of Appearance** |

    Please enter the appearance of the undersigned as counsel of record for Defendant Coastal Community Bank. Further, the undersigned respectfully requests that all notices given or required to be served in this case be given to and served upon the undersigned.

    Respectfully submitted this 21st day of August 2024.

                                    By: */s/ Brian Riekkola*
                                        Brian Riekkola
                                        North Star Law Group
                                        4300 B Street, STE. 206
                                        Anchorage, AK 99503
                                        Phone: (907) 205-4434
                                        Email: brian@northstarlawgroup.com

                                        *Attorney for Defendant*
                                        *Coastal Community Bank.*

**CERTIFICATE OF SERVICE**

This is to certify that on August 21, 2024, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record.

By: */s/ Brian Riekkola*
Brian Riekkola
North Star Law Group
4300 B Street, STE. 206
Anchorage, AK 99503
Phone: (907) 306-4434
Email: brian@northstarlawgroup.com

*Attorney for Defendant*
*Coastal Community Bank.*