| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| MATTHEW UHALDE<br>U.S. DEPARTMENT OF JUSTICE, TAX DIVISION<br>P.O. BOX 683   WASHINGTON, DC 20044 | |
| TELEPHONE NO.: (202) 353-0013 \| FAX NO. \| E-MAIL ADDRESS *(Optional):* matthew.p.uhalde@usdoj.gov | |
| ATTORNEY FOR *(Name):* plaintiff: | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , AK
BRANCH NAME:

Hearing Date:            Room:
Hearing Time:            Dept:

PLAINTIFF: UNITED STATES OF AMERICA

DEFENDANT: DAVIDE W. JAMES,; ET. AL.

CASE NUMBER:
**3:24-cv-00157-HRH**

# PROOF OF SERVICE

Ref. No. or File No.:
**U.S. v. Davide James (2024100464**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT;**

| | |
|---|---|
| PARTY SERVED: | **COASTAL COMMUNITY BANK C/O AVEN FINANCIAL INC.** |
| PERSON SERVED: | **RACHEL BORG - AUTHORIZED TO ACCEPT SERVICE  - EXECUTIVE ASSISTANT** |
| DATE & TIME OF DELIVERY: | **7/25/2024**<br>**9:57 AM** |
| ADDRESS, CITY, AND STATE: | **910 Campisi Way Ste 2D**<br>**Campbell, CA 95008** |
| PHYSICAL DESCRIPTION: | **Age: 30**   **Weight: 115**   **Hair: BROWN**<br>**Sex: Female**   **Height: 5'6**   **Race: CAUCASIAN** |

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: $ 99.00
   Registration No.:  1815
   County:  SANTA CLARA
   JPL PROCESS SERVICE, LLC
   14482 BEACH BLVD. STE X
   WESTMINSTER, CA 92683
   (866) 754-0520

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  July 25, 2024.



Signature: _____
ANNA RAQUEL KELLEY

**PROOF OF SERVICE**

Order#: 229681A/General

Case 3:24-cv-00157-HRH   Document 8   Filed 08/21/24   Page 1 of 1