| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| MATTHEW UHALDE<br>U.S. DEPARTMENT OF JUSTICE, TAX DIVISION<br>P.O. BOX 683  WASHINGTON, DC 20044 | |
| TELEPHONE NO.: (202) 514-7947 \| FAX NO. \| E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): plaintiff: | |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , AK
BRANCH NAME:

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | Hearing Date:   Room:<br>Hearing Time:   Dept: |
| DEFENDANT: DAVIDE W. JAMES,; ET. AL. | CASE NUMBER:<br>3:24-cv-00157-HRH |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>**U.S. v. Davide James (2024100464** |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT;**

PARTY SERVED: **THERESA RONCO JAMES**

DATE & TIME OF DELIVERY: **8/12/2024
10:00 PM**

ADDRESS, CITY, AND STATE: **18520 Kittiwake Cir
Anchorage, AK 99516**

PHYSICAL DESCRIPTION:  **Age: 52   Weight: 150   Hair: BLONDE
Sex: Female   Height: 5'1   Race: CAUCASIAN**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: $ 99.00
Registration No.:
County:
JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE X
WESTMINSTER, CA 92683
(866) 754-0520

I declare under penalty of perjury under the laws of the
The State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on August 14, 2024.

Signature: _____
JEREMIAH LINQUIST

**PROOF OF SERVICE**

Order#: 229681D/General