| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> MATTHEW UHALDE <br> U.S. DEPARTMENT OF JUSTICE, TAX DIVISION <br> P.O. BOX 683  WASHINGTON, DC 20044 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (202) 514-7947 \| FAX NO. \| E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): plaintiff; | |

| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , AK | |
| BRANCH NAME: | Hearing Date:  Room: <br> Hearing Time:  Dept: |
| PLAINTIFF: UNITED STATES OF AMERICA | CASE NUMBER: |
| DEFENDANT: DAVIDE W. JAMES,; ET. AL. | 3:24-cv-00157-HRH |
| **PROOF OF SERVICE** | Ref. No. or File No.: <br> **U.S. v. Davide James (2024100464** |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT;**

| | |
|---|---|
| PARTY SERVED: | **DAVIDE JAMES** |
| BY LEAVING WITH: | **THERESA RONCO JAMES - WIFE/CO-OCCUPANT** |
| DATE & TIME OF DELIVERY: | **8/12/2024** <br> **10:00 PM** |
| ADDRESS, CITY, AND STATE: | **18520 Kittiwake Cir** <br> **Anchorage, AK 99516** |
| PHYSICAL DESCRIPTION: | **Age: 52    Weight: 150    Hair: BLONDE** <br> **Sex: Female   Height: 5'1    Race: CAUCASIAN** |

MANNER OF SERVICE:
**Substituted Service** - By leaving the copies with or in the presence of THERESA RONCO JAMES a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers.
**A declaration of diligence is attached.**
**A declaration of mailing is attached.**



Fee for Service: $ 99.00
  Registration No.:
  County:
  JPL PROCESS SERVICE, LLC
  14482 BEACH BLVD. STE X
  WESTMINSTER, CA 92683
  (866) 754-0520



I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 14, 2024.

Signature: _____
JEREMIAH LINQUIST

**PROOF OF SERVICE**

Order#: 229681B/General

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| MATTHEW UHALDE<br>U.S. DEPARTMENT OF JUSTICE, TAX DIVISION<br>P.O. BOX 683  WASHINGTON, DC 20044 | |
| TELEPHONE NO.: (202) 514-7947 | FAX NO. | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): plaintiff | |

| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , AK | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: DAVIDE W. JAMES,; ET. AL. | 3:24-cv-00157-HRH |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>U.S. v. Davide James (2024100464 |

I, JEREMIAH LINQUIST, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: DAVIDE JAMES as follows:

Documents:
**SUMMONS IN A CIVIL ACTION; COMPLAINT;**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 7/26/2024 | 8:50 PM | Home | NO ANSWER AT THE DOOR.<br>18520 Kittiwake Cir, Anchorage, AK 995166105 |
| 7/30/2024 | 10:33 AM | Home | THEY ARE NOT HOME PER THE HOUSE SITTER. THEY STATED THE SUBJECTS ARE OUT OF TOWN UNTIL AUGUST 8TH.<br>18520 Kittiwake Cir, Anchorage, AK 995166105 |
| 8/12/2024 | 10:00 PM | Home | DOCUMENTS WERE LEFT WITH SUBJECTS WIFE/CO-OCCUPANT THERESA RONCO JAMES.<br>18520 Kittiwake Cir, Anchorage, AK 995166105 |

Fee for Service: $
County:



Registration No.:
JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE X
WESTMINSTER, CA 92683
(866) 754-0520



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 8/14/2024.

Signature: _____
JEREMIAH LINQUIST

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 229681B

| Attorney or Party without Attorney: | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| MATTHEW UHALDE<br>U.S. DEPARTMENT OF JUSTICE, TAX DIVISION<br>P.O. BOX 683<br>WASHINGTON, DC 20044<br>TELEPHONE No.: (202) 514-7947    FAX No. (Optional):    E-MAIL ADDRESS (Optional): | | | | |
| Attorney for: plaintiff | | | | |
| | | Ref No. or File No.:<br>U.S. v. Davide James (2024100464 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA - | | | | |
| Plaintiff: UNITED STATES OF AMERICA | | | | |
| Defendant: DAVIDE W. JAMES,; ET. AL. | | | | |
| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:24-cv-00157-HRH |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at WESTMINSTER, CA, California, addressed as follows:

   a. Date of Mailing:    8/14/2024
   b. Place of Mailing:    WESTMINSTER, CA,
   c. Addressed as follows:    DAVIDE JAMES
                                      18520 Kittiwake Cir
                                      Anchorage, AK 99516-6105

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at WESTMINSTER, CA, California in the ordinary course of business.

Fee for Service: $

JPL PROCESS SERVICE, LLC
14482 BEACH BLVD. STE X
WESTMINSTER, CA 92683
(866) 754-0520
Ref: U.S. v. Davide James
(2024100464

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 8/14/2024.

Signature: _____

JEFF LANCASTER

**PROOF OF SERVICE BY MAIL**

Order#: 229681B/mailproof