Brian Riekkola
North Star Law Group, LLC
4300 B St., Ste. 206, Anchorage, AK 99503
(907) 205-4434
contact@northstarlawgroup.com
Attorney for Coastal Community Bank

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:24-cv-00157-HRH |
|---|---|
| Plaintiff | |
| v. | |
| DAVIDE W. JAMES, THERESA M. RONCO JAMES, COASTAL COMMUNITY BANK, and MUNICIPALITY OF ANCHORAGE | |
| Defendants. | |

### DISCLAIMER OF INTEREST AND STIPULATION TO DISMISS PARTY – COASTAL COMMUNITY BANK

Coastal Community Bank (the "Coastal") disclaims the interest in the real property located at 18520 Kittiwake Circle, Anchorage, AK 99516 (the "Property")[1] that is the subject of this case and consents to entry of judgment in the uncontested levy upon the interest in the Property and upon rights to the interest in the

---

[1] The legal description being: Lot 15, Block 1, SOUTHCREEK SUBDIVISION, according to the official plat thereof, filed under Plat Number 84-512, Records of the Anchorage Recording District. Third Judicial District, State of Alaska.

Property. Coastal likewise does not challenge United States of America's ("Plaintiff") ownership of the interest in the Property.

This stipulation and release specifically reserve, and does not affect, claims between Coastal Community Bank and any person or property other than Plaintiff and the real property subject thereto.

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) and 41(a)(1)(B), Coastal and Plaintiff hereby stipulate to the dismissal, with prejudice, of any and all claims brought to, or which could have been brought in this case between Coastal and Plaintiff, with each party to bear their own costs and attorney's fees as it relates between Coastal and Plaintiff. Upon the Court's dismissal of Coastal, Coastal may be removed from the service list in this case.

Respectfully Submitted this 9th day of September 2024.

          U.S. DEPARTMENT OF JUSTICE
          UNITED STATES OF AMERICA

By:   /s/ Matthew Uhalde
      Matthew Uhalde

      NORTH STAR LAW GROUP, LLC
      Counsel for Coastal Community Bank
      /s/ Brian Riekkola
      Brian Riekkola

[ UNITED STATES V. COASTAL ], 3:24-cv-00157-HRH
DISCLAIMER OF INTEREST AND STIPULATION TO DISMISS PARTY – COASTAL COMMUNITY BANK    PAGE 2 OF 5
Case 3:24-cv-00157-HRH   Document 12   Filed 09/09/24   Page 2 of 5

## CERTIFICATE OF SERVICE

This is to certify that on September 9, 2024, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record.

By: */s/ Brian Riekkola*
     Brian Riekkola

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DAVIDE W. JAMES, THERESA M. RONCO JAMES, COASTAL COMMUNITY BANK, and MUNICIPALITY OF ANCHORAGE<br><br>Defendants. | Case No. 3:24-cv-00157-HRH |

**ORDER DISMISSING COASTAL COMMUNITY BANK**

The Court, having considered the Disclaimer of Interest and Stipulation to Dismiss Party – Coastal Community Bank, filed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) and 41(a)(1)(B) affirms that:

Coastal Community Bank does not challenge the United States of America's ownership of the interest in real property at issue in this case. Coastal consents to entry of judgment in an uncontested levy to satisfy tax debt assessed against Defendants Davide W. James and Theresa Ronco James.

IT IS HEREBY ORDERED that any and all claims brought, or that could have been brought, in this case against Coastal and Plaintiff are dismissed with prejudice, as against each other, with each party bearing their own costs and fees

as it relates between Coastal and Plaintiff. Coastal shall be removed from the service list in this case.

Dated this _____ day of _____, 2024.

_____
Judge of the Alaska District Court