IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | v. | DAVIDE W. JAMES, et al. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:24-cv-0157-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

Defendants – and in particular Davide W. James Theresa M. Ronco James – have all been served. Defendant Municipality of Anchorage has filed a claim.[1] Defendant Coastal Community Bank has appeared and has disclaimed any interest in the property which is the subject of this case.[2] The James defendants have not appeared or otherwise responded to plaintiffs' complaint.

Inasmuch as the time for the James defendants to respond to plaintiff's complaint has expired, plaintiff will please obtain a response from the James defendants forthwith or apply to the clerk of court for entry of default.

---

[1] Docket No. 5.

[2] Docket No. 12.

Order from Chambers – Notice to Counsel                                             - 1 -