IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DAVIDE W. JAMES, THERESA M. RONCO )<br>JAMES, COASTAL COMMUNITY BANK, )<br>and MUNICIPALITY OF ANCHORAGE, )<br>)<br>Defendants. )<br>_____) | No. 3:24-cv-0157-HRH |

O R D E R

Order of Dismissal

The court is in receipt of the parties' disclaimer of interest and stipulation to dismiss party[1] entered into by plaintiff and defendant Coastal Community Bank as regards the ownership of and claims to property known as 18520 Kittiwake Circle, Anchorage, Alaska 99516.

The disclaimer of interest and stipulation for dismissal as between plaintiff and defendant Coastal Community Bank is approved by the court and shall serve to terminate this litigation as between plaintiff and Coastal Community Bank.

The disclaimer of interest and stipulation has been entered into by plaintiff and defendant Coastal Community Bank pursuant to Rule 41(a)(1)(A) and 41(a)(1)(B), Federal Rules of Civil Procedure. In this case, the parties have stipulated to a dismissal with

---

[1]Docket No. 12.

ORDER – Order of Dismissal - 1 -

prejudice, and all claims brought or which could have been brought in this case between plaintiff and defendant Coastal Community Bank are dismissed pursuant to the foregoing stipulation, each party to bear their own costs and attorney fees.

DATED at Anchorage, Alaska, this  12th  day of September, 2024.

/s/ H. Russel Holland  
United States District Judge