DAVID HUBBERT
Deputy Assistant Attorney General

MATTHEW UHALDE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
202-353-0013
matthew.p.uhalde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DAVIDE W. JAMES,<br>THERESA M. RONCO JAMES,<br>COASTAL COMMUNITY BANK, and<br>MUNICIPALITY OF ANCHORAGE,<br><br>        Defendants. | Case No. 3:24-cv-00157<br><br>**Motion to Enter Default** |

In accordance with Fed. R. Civ. P. 55(c), the United States asks the Clerk of Court to enter default against Defendants Davide James and Theresa Ronco James. In support, the United States avers the following:

1. The United States commenced this action on July 19, 2024. (ECF No. 1.)

2. Service of process on James and Ronco James was completed on August 12, 2024. (ECF Nos. 10, 11.)

3. Thus, Defendants were required to appear and/or otherwise plead this action by September 2, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

4. To date, Defendants have not answered or otherwise responded to the United States' complaint. (Order, ECF No. 13.)

5. The United States tried calling Defendants' last-known phone number on September 13, 2024, to ask if they intended to defend against this case. An automated voice stated that the number was out of service.

6. Defendants are not active members of the armed forces, infants, or incompetent persons. (Uhalde Decl. ¶¶ 2–5.)

For these reasons, the United States asks the Clerk of Court to enter default against Defendants Davide James and Theresa Ronco James.

Respectfully submitted September 17, 2024.

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Matt Uhalde*
MATTHEW UHALDE
Trial Attorney
United States Department of Justice

## Certificate of Service

I certify that on September 17, 2024, I filed this document via CM/ECF, which will serve all parties who have appeared. In addition, I am mailing this document to the following:

Theresa Ronco James
18520 Kittiwake Circle
Anchorage, AK 99516

Davide James
18520 Kittiwake Circle
Anchorage, AK 99516

                                               */s/ Matt Uhalde*
                                               MATTHEW UHALDE
                                               Trial Attorney
                                               United States Department of Justice