DAVID HUBBERT
Deputy Assistant Attorney General

MATTHEW UHALDE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
202-353-0013
matthew.p.uhalde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:24-cv-00157 |
| Plaintiff, ) | |
| ) | **Declaration of Matt Uhalde** |
| v. ) | |
| ) | |
| DAVIDE W. JAMES, ) | |
| THERESA M. RONCO JAMES, ) | |
| COASTAL COMMUNITY BANK, and ) | |
| MUNICIPALITY OF ANCHORAGE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I, Matt Uhalde, declare under 28 U.S.C. § 1746 that:

1. I am an attorney with the United States Department of Justice, Tax Division located in Washington, D.C. I have been assigned to the above-captioned matter and am in possession of the Department of Justice files and a portion of the Internal Revenue Service administrative files concerning this matter.

2. In accordance with the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, on September 16, 2024, my office accessed the Department of Defense's Manpower Data Center to determine whether Davide James or Theresa Ronco James are on active duty with any United States armed forces.

3. According to the Center, neither James nor Ronco James has been an active member of the armed forces within the past 367 days. Attached as Exhibit 1 are those search results.

4. According to IRS records, neither James nor Ronco James is an infant.

5. I have no indication, from public records or otherwise, that either James or Ronco James is an incompetent person.

I declare under penalty of perjury that the foregoing is true and correct.

                                              */s/ Matt Uhalde*
                                              MATTHEW UHALDE
                                              Trial Attorney
                                              United States Department of Justice