IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>  vs.<br><br>DAVIDE W. JAMES, THERESA M. RONCO<br>JAMES, COASTAL COMMUNITY BANK,<br>and MUNICIPALITY OF ANCHORAGE,<br><br>                        Defendants. | No. 3:24-cv-0157-HRH |

O R D E R

Case Status

The clerk of court has entered the default of defendants Davide James and Theresa Ronco James.

Defendant Coastal Community Bank has disclaimed any interest in the real property which is the subject of this case and has been dismissed as a defendant.[1]

Defendant Municipality of Anchorage has served and filed its claim for real property taxes on the property which is the subject of this case.[2] The Municipality contends that its property tax lien is superior to the tax lien held by plaintiff.

The court assumes that in due course it will receive a motion for the entry of judgment against the James defendants. However, the court believes that it would be in

---

[1]Docket No. 14.

[2]Docket No. 5.

ORDER – Case Status                                - 1 -

Case 3:24-cv-00157-HRH   Document 17   Filed 09/25/24   Page 1 of 2

everyone's best interests if the priority of liens as between plaintiff and the Municipality were determined in advance of the court taking up a motion for entry of default judgment against the James defendants. Counsel for plaintiff and the Municipality will please confer and, on or before **October 10, 2024**, advise the court as to whether there is or is not a disagreement between plaintiff and the Municipality as regards lien priorities.

DATED at Anchorage, Alaska, this 25th day of September, 2024.

/s/ H. Russel Holland
United States District Judge