DAVID HUBBERT
Deputy Assistant Attorney General

MATTHEW UHALDE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
202-353-0013
matthew.p.uhalde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVIDE W. JAMES, ) <br> THERESA M. RONCO JAMES, ) <br> COASTAL COMMUNITY BANK, and ) <br> MUNICIPALITY OF ANCHORAGE, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:24-cv-00157 <br><br> **Joint Status Report** |

In accordance with the Court's September 25 order, the United States and the Municipality of Anchorage submit this joint status report regarding the priority of the parties' liens.

The parties agree that the proceeds from a sale of the subject property will be distributed as follows.

| Party | Lien/Basis for payment |
|---|---|
| Costs and expenses of sale | Mutual agreement |
| Municipality of Anchorage | To the extent there is any unpaid amount owed to the municipality to which 26 U.S.C. § 6323(b)(6) applies, on the date of the sale of the subject property such amount will be pro-rated through the date |

|  | of the sale confirmation and distributed to the county |
|---|---|
| The United States of America | To satisfy the federal tax liens |

At the United States' request, the Municipality of Anchorage will provide payoff information regarding the amount owed on its liens set forth in the table above.

If the parties cannot stipulate as to the amounts of their liens set forth in the table above, the parties will file written briefs setting forth their positions and request that the Court determine the amounts owed on the above liens.

The United States is trying to contact Defendants Davide James and Theresa Ronco James to ask whether they will consent to judgment. If Defendants do not consent to judgment, the United States will move for default judgment by December 13, 2024.

Respectfully submitted September October 9, 2024.

          DAVID A. HUBBERT
          Deputy Assistant Attorney General

          */s/ Matt Uhalde*
          MATTHEW UHALDE
          Trial Attorney
          United States Department of Justice

          */s/ Jason Thomas*
          JASON THOMAS
          Municipal Attorney's Office
          PO Box 196650
          Anchorage, AK 99519

**Certificate of Service**

I certify that on October 9, 2024, I filed this document via CM/ECF, which will serve all parties who have appeared. In addition, I am mailing this document to the following:

Theresa Ronco James
18520 Kittiwake Circle
Anchorage, AK 99516

Davide James
18520 Kittiwake Circle
Anchorage, AK 99516

                                               */s/ Matt Uhalde*
                                               MATTHEW UHALDE
                                               Trial Attorney
                                               United States Department of Justice