IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>vs.<br><br>DAVIDE W. JAMES, THERESA M. RONCO JAMES, COASTAL COMMUNITY BANK, and MUNICIPALITY OF ANCHORAGE,<br><br>                         Defendants. | No. 3:24-cv-0157-HRH |

## O R D E R

### Case Status

The court is in receipt of the parties' joint status report of October 9, 2024.[1] The report is approved and the parties shall proceed as they have proposed with respect to the possible settlement of defendant Municipality of Anchorage's lien claim.

As regards the James defendants, the United States will please provide the court with an updated status report as soon as there is further information about the position of the Jameses. Failing in that, the court will entertain the United States' application for default judgment by **December 13, 2024**.

DATED at Anchorage, Alaska, this 15th day of October, 2024.

                                                            /s/ H. Russel Holland
                                                            United States District Judge

---

[1] Docket No. 18.