Christy L. Lee
LAW OFFICES OF CHRISTY LEE, P.C.
1215 W. 8th Ave.
Anchorage, AK  99501
(907) 339-9931 Phone
(800) 437-7901 Fax

Attorneys for David James and
Theresa Ronco-James

IN THE UNITED STATES DISTRICT COUT
FOR THE DISTRICT AT ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-00157-HRH |
| | ) |
| DAVID JAMES, and | ) |
| THERESA RONCO-JAMES | ) |
| | ) |
| Defendants, | ) |
| _____ | ) |

**ENTRY OF APPEARANCE**

COMES NOW, the law firm of LAW OFFICES OF CHRISTY LEE, P.C., and enters its appearance on behalf of David James and Theresa Ronco-James in the above-captioned action.  Please direct all future correspondence or pleadings to 1215 West 8th Avenue, Anchorage, Alaska 99501.

DATED this 15th day of November, 2024.

LAW OFFICES OF CHRISTY LEE, P.C.

By:  /s/ Christy L. Lee
Christy L. Lee
Alaska Bar No. 0805030

ENTRY OF APPEARANCE                                                                                               -1-
*USA v. James and Ronco-James*                                                             Case No. 3:24-cv00157-HRH

Case 3:24-cv-00157-HRH     Document 20     Filed 11/15/24     Page 1 of 2

By: /s/ Paula B. Moore<br>Paula B. Moore<br>Alaska Bar No. 2009089

Certificate of Service

The undersigned certifies that on the 15th day of November, 2024, a true and correct copy of the foregoing was served on:

Matthew Uhalde
United States Department of Justice

Jason Thomas
Municipal Attorney's Office

Brian Riekkola
North Star Law Group LLC

by electronic means through the ECF system.

/s/ Laura M. Hogins
Laura M. Hogins

ENTRY OF APPEARANCE -2-
*USA v. James and Ronco-James* Case No. 3:24-cv00157-HRH

Case 3:24-cv-00157-HRH    Document 20    Filed 11/15/24    Page 2 of 2