DAVID HUBBERT
Deputy Assistant Attorney General

MATTHEW UHALDE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
202-353-0013
matthew.p.uhalde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVIDE W. JAMES,<br>THERESA M. RONCO JAMES,<br>COASTAL COMMUNITY BANK, and<br>MUNICIPALITY OF ANCHORAGE,<br><br>    Defendants. | Case No. 3:24-cv-00157<br><br>**Unopposed Motion to Extend Time to Move for Default Judgment** |

The United States brought this case on July 19, 2024, seeking to (1) reduce to judgment federal tax assessments against Defendants Davide James and Theresa Ronco James, (2) foreclose federal tax liens encumbering real property in Anchorage, Alaska, and (3) sell the subject property and apply the proceeds to the judgment. Defendants were timely served but did not answer the complaint. Therefore, the Clerk entered default against Defendants, and the Court directed the United States to move for default judgment by December 13, 2024. (Order, ECF No. 19.)

Since then, counsel has appeared on Defendants' behalf (ECF No. 20), and the parties are working to reach a settlement to resolve the remaining issues in this case. To allow time to finalize these settlement discussions and determine whether settlement is possible, the United

States moves to extend its deadline to file any motion for default judgment to January 30, 2024. Defendants do not oppose this motion, and for the above reasons, good cause exists to grant it.

Respectfully submitted December 9, 2024.

          DAVID A. HUBBERT
          Deputy Assistant Attorney General

          */s/ Matt Uhalde*
          MATTHEW UHALDE
          Trial Attorney
          United States Department of Justice

**Certificate of Service**

      I certify that on December 9, 2024, I filed this document via CM/ECF, which will serve all parties who have appeared.

                                              */s/ Matt Uhalde*
                                              MATTHEW UHALDE
                                              Trial Attorney
                                              United States Department of Justice