IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-cv-00157 |
| Plaintiff, | |
| v. | **[Proposed] Order** |
| DAVIDE W. JAMES, THERESA M. RONCO JAMES, COASTAL COMMUNITY BANK, and MUNICIPALITY OF ANCHORAGE, | |
| Defendants. | |

For good cause shown, the Court grants the United States' motion to extend time to move for default judgment. The United States may move for default judgment by January 30, 2024.

Dated: _____

                                                                                              _____
                                                                                              Hon. H. Russel Holland
                                                                                              United States District Judge

1