IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  vs.<br><br>DAVIDE W. JAMES, THERESA M. RONCO JAMES, COASTAL COMMUNITY BANK, and MUNICIPALITY OF ANCHORAGE,<br><br>                    Defendants. | No. 3:24-cv-0157-HRH |

O R D E R

Extension of Time

For good cause shown, the court grants the United States' motion[1] to extend time to move for default judgment. The United States may move for default judgment by **January 30, 2025.**

DATED at Anchorage, Alaska, this 11th day of December, 2024.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 21

ORDER – Extension of Time       - 1 -