DAVID HUBBERT
Deputy Assistant Attorney General

MATTHEW UHALDE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
202-353-0013
matthew.p.uhalde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-cv-00157 |
| Plaintiff, | |
| v. | **Joint Motion to Enter Consent Judgment** |
| DAVIDE W. JAMES, THERESA M. RONCO JAMES, COASTAL COMMUNITY BANK, and MUNICIPALITY OF ANCHORAGE, | |
| Defendants. | |

The undersigned parties request that the Court enter the attached consent judgment, which has been agreed to and signed by all parties, and that the Court administratively close this case.

Respectfully submitted January 30, 2025.

                                                                  DAVID A. HUBBERT
                                                                   Deputy Assistant Attorney General

                                                                   */s/ Matt Uhalde*
                                                                   MATTHEW UHALDE
                                                                   Trial Attorney
                                                                   United States Department of Justice

/s/ Paula Moore
PAULA B. MOORE
Attorney for Davide James and Theresa Ronco James

/s/ Jason Thomas
JASON A. THOMAS
Attorney for Municipality of Anchorage

**Certificate of Service**

      I certify that on January 30, 2025, I filed this document via CM/ECF, which will serve all parties who have appeared.

                                              */s/ Matt Uhalde*
                                              MATTHEW UHALDE
                                              Trial Attorney
                                              United States Department of Justice