IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DAVIDE W. JAMES, THERESA M. RONCO JAMES, COASTAL COMMUNITY BANK, and MUNICIPALITY OF ANCHORAGE,<br><br>                    Defendants. | No. 3:24-cv-0157-HRH |

O R D E R

Motion to Enter Consent Judgment

Plaintiff and defendants Davide W. James, Theresa M. Ronco James, and the Municipality of Anchorage jointly move for the entry of their proposed consent judgment in plaintiff's favor with respect to plaintiff's claims against Davide W. James, Theresa M. Ronco James, and the Municipality of Anchorage.[1]

By order of September 12, 2024,[2] defendant Coastal Community Bank disclaimed any interest in this case, and the parties stipulated to a dismissal as between plaintiff and defendant Coastal Community Bank, with prejudice, as to all claims brought or which might have been brought between plaintiff and defendant Coastal Community Bank.

---

    [1]Docket No. 23.

    [2]Docket No. 14.

ORDER – Motion to Enter Consent Judgment      - 1 -

The proposed consent judgment[3] between plaintiff and defendants Davide W. James, Theresa M. Ronco James, and the Municipality of Anchorage is approved for entry with the following edits:

(a) The second line of the first unnumbered paragraph of the consent judgment shall read: "... of Anchorage have stipulated[4] to judgment on the United States' complaint as follows:"

(b) The first line of paragraph 5 shall read: "Defendants Davide W. James and Theresa M. Ronco James may sell the subject property on an arms-length...."

(c) The penultimate and last lines of paragraph 8 of the consent judgment shall read: "... described in the United States' Complaint in exchange for payment from the proceeds of sale net of approved costs."

(d) At paragraph 14, the last sentence shall read: "If, by January 27, 2026, the balance of the judgment has not been paid in full...."

And with the further addition of a paragraph 17 which reflects the parties' agreement that this case should be administratively closed[5] and further provides that the court retains jurisdiction of the case for purposes of enforcing the consent judgment.

DATED at Anchorage, Alaska, this <u>4th</u> day of February, 2025.

<u>/s/ H. Russel Holland</u>
United States District Judge

---

[3]Docket No. 23-1.

[4]Docket No. 23.

[5]Docket No. 23 at 1.