BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

MATTHEW UHALDE
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
202-353-0013
matthew.p.uhalde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:24-cv-00157 |
| Plaintiff, ) | |
| ) | **Unopposed Motion to Enter Order of** |
| v. ) | **Sale** |
| ) | |
| DAVIDE W. JAMES, ) | |
| THERESA M. RONCO JAMES, and ) | |
| MUNICIPALITY OF ANCHORAGE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On February 4, 2025, this Court entered its judgment foreclosing federal tax liens against Davide James and Theresa Ronco James against the real property located at 18520 Kittiwake Circle, Anchorage. (Dkt. 25.) The Court's judgment further permitted the United States to move for an order of judicial sale if Defendants failed to sell the Property voluntarily by January 27, 2026. Defendants' deadline to sell the Property has now passed, and the Property remains unsold. Accordingly, the United States moves to enter the attached order of sale. Defendants and the Municipality of Anchorage Consent to this motion.

1

Respectfully submitted March 19, 2026.

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

*/s/ Matt Uhalde*
MATTHEW UHALDE
Trial Attorney
United States Department of Justice

2

**Certificate of Service**

I certify that on March 19, 2026, I filed this document via CM/ECF, which will serve all parties who have appeared.

*/s/ Matt Uhalde*
MATTHEW UHALDE
Trial Attorney
United States Department of Justice