BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

MATTHEW UHALDE
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
202-353-0013
matthew.p.uhalde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVIDE W. JAMES,<br>THERESA M. RONCO JAMES, and<br>MUNICIPALITY OF ANCHORAGE,<br><br>Defendants. | Case No. 3:24-cv-00157<br><br>**Report of Sale Consent Motion to Confirm Judicial Sale and Disburse Funds from Court Registry** |

The Court's order or judicial sale permitted the IRS to sell the subject property, 18520 Kittiwake Circle, Anchorage, at public auction. (Dkt. 27.) The Court further directed IRS to collect the purchase price from the buyer and deposit the sale proceeds into the Court's registry. (*Id.* at 3.) Next, after deposit of the full sale proceeds into the registry, the IRS would file a report of sale, proposed order confirming sale, and proposed deed. (*Id.* at 4.) Last, the sale proceeds would be distributed out of the registry in the following order. First, to the IRS to pay the sale costs. (*Id.* at 5.) Second, to the state borough the property is in to pay any municipal liens. (*Id.*) Third, to the United States to satisfy the federal tax liens. (*Id.*) And finally, to Davide James and Theresa Ronco James, after all state and federal liens have been satisfied in full. (*Id.*)

Since the Court entered that judgment, the IRS sold the subject property at auction on July 16, 2026. The IRS has now received full payment, in the total amount of $670,000, which has been deposited into the registry. The proposed deed is attached as Exhibit A.

Accordingly, the parties stipulate to the following distribution of the sale proceeds:

| Order of Priority | Recipient | Amount | Payable to | Satisfaction of |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $5,744.71 | Shannon Williams<br>Internal Revenue Service<br>211 W Wisconsin Ave<br>Milwaukee, WI 53203 | Sale Costs |
| 2 | Municipality of Anchorage | $51,062.96 | Municipality of Anchorage<br>Treasury Division<br>PO Box 196650, Anchorage, AK 99519 | Property Tax Lien |
| 3 | United States Department of Justice | $613,192.33, plus any accrued interest | U.S. Department of Justice[1]<br>ATTN: TAXFLU, 11th Floor<br>1275 First St NE Room 11206<br>Washington, DC 20002 | Federal Tax Lien |

//

//

//

[1] The check mailed to the Justice Department should reference *United States v. Davide James and Theresa Ronco James*.

Respectfully submitted August 18, 2026.

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

*/s/ Matt Uhalde*
MATTHEW UHALDE
Trial Attorney
United States Department of Justice

*/s/ Christy Lee*
CHRISTY LEE
Attorney for Davide James and Theresa Ronco James

*/s/ Joseph Busa*
JOSEPH BUSA
Attorney for Municipality of Anchorage

**Certificate of Service**

I certify that on August 18, 2026, I filed this document via CM/ECF, which will serve all parties who have appeared.

*/s/ Matt Uhalde*
MATTHEW UHALDE
Trial Attorney
United States Department of Justice