# Exhibit A

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DEED TO REAL PROPERTY

THIS DEED, made this 18th day of August, 2026, by and between the United States of America, Grantor, by Michael Johnson, Advisory Group Manager, Northwest Area, on behalf of the Director, Civil Enforcement Advice and Support Operations (CEASO), of the Internal Revenue Service, a duly authorized agent of the United States of America, whose official address is 915 2nd Ave, M/S W245, City of Seattle, County of King, and State of Washington, Grantor, and Shirahil Three, LLC, PO Box 2628, Santa Fe Springs, Colorado, Grantee.

**WITNESSETH**

WHEREAS, under the authority in Title 26 U.S.C., Section 7403(c) and Title 28 U.S.C., Sections 2001, 2002, and 3201(f)(1) and pursuant to a Judgment dated February 4, 2025, entered in *United States of America vs. Davide W. James, Theresa M. Ronco James, Coastal Community Bank, and Municipality of Anchorage* in the United States District Court for the District of Alaska, in Civil Action No. 3:24-cv-0157-HRH, the IRS conducted a judicial sale of property on July 16, 2026, wherein the real property hereinafter described was offered for sale, and wherein the Grantee was the purchaser of said real property;

NOW THEREFORE, Grantor, for and in consideration of the sum of SIX HUNDRED SEVENTY THOUSAND and 00/100 DOLLARS ($670,000.00), the receipt of which is hereby acknowledged, does grant, bargain, and sell to Shirahil Three, LLC, all right, title, and interest in the real property in Anchorage, Alaska described as:

LEGAL DESCRIPTION:

**Lot 15, Block 1, SOUTHCREEK SUBDIVISION, according to the official plat thereof, filed under Plat Number 84-512, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.**

**EXCEPTING THEREFROM THE SUBSURGACE ESTATE including all mineral rights as conveyed to the State of Alaska by Deed recorded December 22, 1977, in Book 258 at page 476, and as conveyed to the State of Alaska by Deed recorded November 13, 1985, in Book 1347 at page 300.**

**Commonly Known As: 18520 Kittiwake Circle, Anchorage, AK 99516**

The property shall be free and clear of all interests of the defendants Davide W. James, Theresa M. Ronco James, this Judicial Deed discharges the federal tax liens, which were filed attaching to all property of Davide W. James and Theresa M. Ronco James, against the above-described property. The property shall be free and clear of any federal tax liens of the United States of America, and of all transfers and/or conveyances after July 16, 2026.

IN WITNESS WHEREOF, the authorized delegate for Grantor has hereunto set his hand on the date first above written.

________________________________________

United States of America
By: Michael Johnson
Internal Revenue Service, Group Manager, Civil Enforcement Advice and Support Operations (CEASO)

STATE OF XXXXXXXXXX )
) ss
COUNTY OF XXXXXXXX )

I certify that I know or have satisfactory evidence that Michael Johnson is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it, as Advisory Group Manager, on behalf of the Director, Civil Enforcement Advice and Support Operations of the Internal Revenue Service, to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: _____XXXXX____________________

______________________________

NOTARY PRINTED NAME HERE

Notary Public In and For the
State of XXXXXXXXXXXX
My appointment
expires _________________________

After recording, return to:
Bhadresh Shah
1326 Michillind Ave
Arcadia, CA 91006