IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVIDE W. JAMES,<br>THERESA M. RONCO JAMES, and<br>MUNICIPALITY OF ANCHORAGE,<br><br>Defendants. | Case No. 3:24-cv-00157-HRH<br><br>**[Proposed] Order to Confirm Judicial Sale and Disburse Funds** |

Before the Court is the United States' consent motion to confirm the sale of real property and distribute the sale proceeds from the Court's registry. Upon consideration of the motion, and noting that the motion is signed by all parties, the Court ORDERS as follows:

1. The motion is GRANTED;

2. The sale of the subject property is confirmed;

3. The IRS shall issue the deed for the subject property;

4. The Clerk of Court shall distribute the $670,000 sale proceeds held in the Court's registry as follows:

//

//

| Order of Priority | Recipient | Amount | Payable to | Satisfaction of |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $5,744.71 | Shannon Williams<br>Internal Revenue Service<br>211 W Wisconsin Ave<br>Milwaukee, WI 53203 | Sale Costs |
| 2 | Municipality of Anchorage | $51,062.96 | Municipality of Anchorage<br>Treasury Division<br>PO Box 196650, Anchorage, AK 99519 | Property Tax Lien |
| 3 | United States Department of Justice | $613,192.33, plus any accrued interest | U.S. Department of Justice[1]<br>ATTN: TAXFLU, 11th Floor<br>1275 First St NE Room 11206<br>Washington, DC 20002 | Federal Tax Lien |

IT IS SO ORDERED:

Dated: ____________________

/s/ ________________

United States District Judge

[1] The check mailed to the Justice Department should reference *United States v. Davide James and Theresa Ronco James*.